■ PAUL E. KELLEY, Appellant, v. HEARST CORPORATION, Respondent.— Decision and order amended to direct that $10 costs and disbursements be awarded to the plaintiff-appellant. Foster, P. J., Bergan, Halpern and Gibson, JJ., concur. [See 2 A D 2d 480.]